**Dated: November 19, 2009**
**The following is SO ORDERED:**

_____
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

```
                                                                    IT517
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE

In re:                                                      Chapter 13
TOM BRYCE
Debtor(s)                                           Case No. 09-30472-K
SSN(1) XXX-XX-7015
```

Standing Chapter 13 Trustee's Report and Recommendation Combined with Order Dismissing Case and Notice of the Entry Thereof

Report and Recommendation

The Standing Chapter 13 Trustee reports and recommends that this case be dismissed for the following reason:

The "Notice of Commencement of Case Under Chapter 13 of the Bankruptcy Code, Meeting of Creditors and Fixing of Dates" (Official Form 9) heretofore issued provided, among other things, that this case may be dismissed as a result of the failure of the debtor(s) to appear at the 341 Meeting of Creditors.

Debtor has failed to comply with the foregoing and the relevant provisions of Standing Order No. 05-0004.

Wherefore, the Standing Chapter 13 Trustee reports and recommends this case be dismissed.

/S/ George W. Stevenson
Chapter 13 Trustee

HE

<u>Order Dismissing Case Combined With Notice Of The Entry Thereof</u>

Based on the foregoing Report and Recommendation of the Standing Chapter 13 Trustee and after consideration of the case record as a whole, this case is hereby dismissed.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

1. This Chapter 13 case is dismissed, and debtor's employer is hereby ordered to cease payroll deductions immediately.
2. The Chapter 13 Trustee shall give the debtor(s), all scheduled creditors, and other known parties in interest notice of the dismissal of this case by mailing a copy of this Order and Notice to them. F.R.B.P. 2002(f) (2).

CC:    George W. Stevenson

TOM BRYCE
10250 N GREEN MOSS DR
CORDOVA, TN  38018


PRO SE

All Creditors

HE